

FILED

07/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 09-0379

# IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 09-0379

_____

IN THE MATTER OF THE APPOINTMENT
OF CHIEF WATER JUDGE

O R D E R

FILED

JUL 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

Section 3-7-221, MCA, provides that the Chief Justice of the Montana Supreme Court appoint the Chief Water Judge. The Honorable Russell McElyea's appointment as Chief Water Judge ends July 31, 2021.

Pursuant to 2020 Mont. Laws ch. 62, §§ 1-7 the Judicial Branch solicited applications for the appointment as well as public comment on the applicant. Having considered the abilities, background, and qualifications of the applicant, Russell McElyea satisfied all the requirements for the position, and I have concluded that the reappointment of Russell McElyea is in the best interest of the citizens of Montana. Therefore,

IT IS ORDERED that Russell McElyea of Bozeman, Montana, is hereby appointed to the position of Chief Water Judge of the State of Montana for a term commencing on August 1, 2021 and ending July 31, 2025.

The Clerk is directed to file a signed copy of this Order with the Secretary of State of the State of Montana and provide copies to the Office of the Court Administrator, to Russell McElyea, Chief Water Judge, Stephen R. Brown, Associate Water Judge, and the State Bar of Montana.

DATED this 27th day of July, 2021.

_____
Chief Justice